UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUBERT STIMSON,<br><br>    Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Commissioner of Social Security<br><br>    Defendant. | Case No.  14-cv-04425-JCS<br><br>**ORDER TO SHOW CAUSE** |

    This appeal from a decision by the Commissioner of Social Security was filed on October 2, 2014 and served on October 24, 2014.  Defendant filed an answer on January 26, 2015.  According to Civil Local Rule 16-5, Plaintiff was required to file a motion for summary judgment by March 5, 2015.  Plaintiff, who is represented by counsel, has not done so.

    Accordingly, Plaintiff is hereby ORDERED TO SHOW CAUSE within **fourteen (14) days** of the date of this Order regarding why he failed to file and serve his motion.  Plaintiff is advised that if he fails to respond to this Court's Order, his appeal will be dismissed without prejudice.  Plaintiff is also advised that he must comply with the local rules in the future.

    **IT IS SO ORDERED.**

Dated:  October 28, 2015

JOSEPH C. SPERO
Chief Magistrate Judge