UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUBERT STIMSON,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br><br>    Defendant. | Case No. 14-cv-04425-JCS<br><br>**ORDER GRANTING EXTENSION OF TIME**<br><br>Re: Dkt. No. 15 |

This appeal from a decision by the Commissioner of Social Security was filed on October 2, 2014 and served on October 24, 2014. Defendant filed an answer on January 26, 2015. According to Civil Local Rule 16-5, Plaintiff was required to file a motion for summary judgment by March 5, 2015. Plaintiff, who is represented by counsel, has not done so.

Accordingly, this Court issued an Order to Show Cause on October 28, 2015 requesting Plaintiff to explain why he failed to file the motion. In response to the Order, Plaintiff asserted that the oversight was due to a clerical error. This excuse is weak, given the 8 months that have elapsed after the deadline established by this Court. Nonetheless, the Court will give Plaintiff one more chance to comply with the orders of the Court.

It is hereby ORDERED as follows:

1. Plaintiff is GRANTED an extension of time to serve and file a motion for summary judgment or for remand by December 13, 2015. The Court will not consider any further extensions of time.
2. Defendant shall serve and file any opposition or counter-motion within twenty-eight (28) days of service of Plaintiff's motion.
3. Plaintiff may serve and file a reply within fourteen (14) days of service of Defendant's opposition or counter-motion.

4. Unless the Court orders otherwise, upon conclusion of this briefing schedule, the matter will be deemed submitted for decision without oral argument.

**IT IS SO ORDERED.**

Dated: November 13, 2015

_____
JOSEPH C. SPERO
Chief Magistrate Judge